# Court of Appeals
# of the State of Georgia

ATLANTA, December 22, 2020

*The Court of Appeals hereby passes the following order:*

**A21E0024. THE NEW GEORGIA PROJECT v. KATHERINE SHELTON, IN HER OFFICIAL CAPACITY AS CHAIR OF THE HOUSTON COUNTY BOARD OF ELECTIONS ET AL.**

Pursuant to Court of Appeals Rule 40 (b), the New Georgia Project has filed an emergency motion asking that we expedite its appeal of the trial court's order denying the Petition for Writ of Mandamus and other relief filed in this action. The emergency motion appears to involve a "case[] of election contest" over which the Supreme Court of Georgia has exclusive appellate jurisdiction. Ga. Const. Art. VI, § VI, Para. II (2); see also *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996) ("the ultimate responsibility for construing the constitutional provisions regarding appellate jurisdiction" rests with the Supreme Court). Accordingly, we hereby TRANSFER the motion to the Supreme Court for resolution.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 12/22/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*